UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-CV-61348-RAR

**CAROLYN JIMENEZ**,

    Plaintiff,

v.

**BETHESDA HOSPITAL EAST**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** comes before the Court upon the parties' Joint Stipulation of Dismissal with Prejudice [ECF No. 44]. The Court having reviewed the Joint Stipulation, the record, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that this case is **DISMISSED** *with prejudice*, with each party to bear their own attorneys' fees and costs of suit except as otherwise provided in the parties' Confidential Settlement Agreement. The Clerk is instructed to mark this case **CLOSED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 18th day of March, 2021.

_____
    RODOLFO A. RUIZ II
    UNITED STATES DISTRICT JUDGE

cc:    counsel of record